UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 22-05219-JLS (AS) | Date | November 30, 2022 |
|---|---|---|---|
| Title | *Anthony Jerome Facon v. United States of America, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE**

On July 26, 2022, Petitioner Anthony Facon filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody, pursuant to 28 U.S.C. § 2241. (Dkt. No. 1).

On October 11, 2022, Respondents Warden Birkolz and United States of America filed a Motion to Dismiss the Petition ("Motion to Dismiss), contending, inter alia, that the Petition is barred by the Collateral-Attack waiver provision in Petitioner's plea agreement, and that the Court lacks jurisdiction over the petition which asserts claims that must be brought under 28 U.S.C. § 2255. (Dkt. No. 7). On October 12, 2022, the Court issued an Order directing Petitioner to file an opposition or statement of non-opposition to the Motion to Dismiss. (Dkt. No. 10). To date, Petitioner has failed to file a response to the Court's Order, or request an extension of time to do so.

Therefore, Petitioner is **ORDERED TO SHOW CAUSE,** within **thirty (30) days** of the date of this Order (<u>by no later than December 30, 2022</u>), why this action should not be dismissed for failure to comply with Court orders and/or prosecute pursuant to Fed.R.Civ.P. 41(b)

Petitioner may discharge this Order by filing an Opposition or Statement of non-opposition to the Motion to Dismiss, or by filing a declaration under penalty of perjury stating why he is unable to do so.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 22-05219-JLS (AS) | Date | November 30, 2022 |
|---|---|---|---|
| Title | *Anthony Jerome Facon v. United States of America, et. al.,* | | |

    **If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a).  <u>A Notice of Dismissal form is attached for Petitioner's convenience</u>.**

    **Petitioner is expressly warned that the failure to timely file a response to this Order <u>will</u> result in a recommendation that this action be dismissed with prejudice for his failure to comply with Court orders.  <u>See</u> Fed.R. Civ. P. 41(b).**

    **IT IS SO ORDERED.**

                                                                                        0  :  00

                                                  Initials of Preparer