**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ANTHONY JEROME FACON,<br><br>        Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et.al.,<br><br>        Respondents. | CASE NO. CV 22-05219-JLS (AS)<br><br>**ORDER OF DISMISSAL** |

On July 26, 2022, Anthony Jerome Facon ("Petitioner"), a prisoner in federal custody proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). (Dkt. No. 1). On October 11, 2022, Respondents filed a motion to dismiss the Petition. (Dkt. No. 7). On October 12, 2022, the assigned Magistrate Judge issued an Order directing Petitioner to file an opposition to the motion to dismiss or a statement of non-opposition to the motion. (Dkt. No. 10). On November 30, 2022, when

Petitioner failed to comply with the Court's Order, the Court issued an Order to Show Cause, requiring Petitioner to respond no later than December 30, 2022. (Dkt. No. 13).

On January 3, 2023, Petitioner filed a motion to withdraw his Petition and request for dismissal. (Dkt. No. 14).

Accordingly, IT IS ORDERED that the Petition is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 31, 2023

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

Presented by:

      /s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE